# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angelica M Loreto, | No. CV-22-00269-TUC-JAS (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Board of Regents, et al., | |
| Defendants. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Aguilera that recommends denying Defendant Arizona Board of Regents' Motion for Summary Judgment. (Doc. 62; *see also* Doc. 57.) A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. Therefore, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Aguilera's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, **IT IS ORDERED:**

(1) Magistrate Judge Aguilera's Report and Recommendation (Doc. 62) is accepted and adopted.

(2) Defendant Arizona Board of Regents' Motion for Summary Judgment (Doc. 57)

is denied. The Parties are directed to Magistrate Judge Aguilera's Report and Recommendation for a more detailed explanation.

(3) Consistent with Doc. 49, the parties shall file a Joint Proposed Pre-Trial Order within 30 days of this Order.

Dated this 18th day of November, 2025.

Honorable James A. Soto
United States District Judge